IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
TEXAS DIVISION

| | |
|---|---|
| Viral DRM LLC | § |
| | § |
| *Plaintiff,* | § |
| | § |
| | §   Case No. 3:22-cv-02528-M |
| v. | § |
| | § |
| Classic Chevrolet Buick GMC of Cleburne, LLC | § |
| | § |
| *Defendant.* | § |

### NOTICE OF SETTLEMENT

TO THE HONORABLE BARBARA M. G. LYNN (U.S.D.J.)

**MAY IT PLEASE THE COURT,** plaintiff Viral DRM LLC ("Plaintiff") respectfully notifies the Court that the parties have reached a settlement in principle pending their negotiation of a final settlement agreement. We therefore respectfully request that the Court adjourn all pending dates and grant the parties forty-five (45) days to consummate their transaction before filing a Notice of Dismissal. No other dates will be impacted by this request. Defendant Classic Chevrolet Buick GMC of Cleburne, LLC consents to the filing of this Notice.

Respectfully submitted,

SANDERS LAW GROUP

/s/*James H. Freeman/*
James H. Freeman, Esq.
NY State Bar No.: 4001533
333 Earle Ovington Blvd., Ste. 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jfreeman@sanderslaw.group

## **CERTIFICATE OF SERVICE**

      Undersigned hereby certifies that a true and correct copy of the foregoing Notice of Settlement was served on all counsel of record via CM/ECF on February 21, 2023.

                                                /s/jameshfreeman/
                                                James H. Freeman