# United States District Court

NORTHERN DISTRICT OF TEXAS
1100 COMMERCE, ROOM 1572
DALLAS, TEXAS 75242

CHAMBERS OF
JUDGE BARBARA M.G. LYNN

TELEPHONE (214) 753-2420

February 22, 2023

To All Attorneys of Record

    Re:    *Viral DRM LLC v. Classic Chevrolet Buick GMC of Cleburne, LLC*
            Case No. 3:22-CV-2528-M

Dear Counsel:

    It has come to the Court's attention that this case has settled. I commend you on your diligent efforts. I would like to receive the executed dismissal papers by April 7, 2023.

                                    Very truly yours,

                                    Barbara M.G. Lynn

BMGL/jlf